IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. CLARENCE HOFFERT,<br>        Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF<br>PENNSYLVANIA,<br>        Defendant. | C.A. No. 13-162 Erie |

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on June 19, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on October 21, 2013, recommended that Plaintiff's motion for protection from abuse, which was construed as a motion for temporary restraining order (Dkt. 15) be denied. Service was made on Plaintiff by mail at SCI Albion, where he is incarcerated. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 8TH Day of November, 2013;

IT IS HEREBY ORDERED that the Motion for Protection from Abuse (Dkt. 15) is DENIED.

The report and recommendation of Magistrate Judge Baxter, dated October 21, 2013, is adopted as the opinion of the court.

11-8-13

MARK R. HORNAK
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record