IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CLARENCE HOFFERT,
    Plaintiff,

    v.

COMMONWEALTH OF PENNSYLVANIA
    Defendant

C.A. No. 13-162 Erie

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on June 19, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The Magistrate Judge's Report and Recommendation, issued on July 23, 2014, recommended that Defendants' Motion to Dismiss [25] be granted and that this case be dismissed. Service was made on Plaintiff and on the Defendant. After being granted an extension of time to do so, (text order of August 12, 2014), Objections were filed by the Plaintiff. After de novo review of the Complaint and the documents in the case, the Motion papers and responses, together with the Report and Recommendation, and the Objections of the Plaintiff, the following order is entered:

AND NOW, this 27th day of August, 2014;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [25] is GRANTED and that this case is DISMISSED. The report and recommendation of Magistrate Judge Baxter, issued July 23, 2014, is adopted as the Opinion of the Court.

MARK R. HORNAK
United States District Judge